UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ryan N. Chounard
Plaintiff

vs.

Sangamon County Jail, IL
Sangamon County Sheriff

Defendant(s)

Case No. _____

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Ryan N. Chounard, and states as follows:

My current address is: 12078 Illinois Route 185
Hillsboro, IL 62049

The defendant Sangamon County Jail, is employed as self
at #1 Sheriffs Plaza, Springfield, IL 62701

The defendant Sangamon County Sheriff, is employed as Sheriff of Sangamon County Jail
at #1 Sheriffs Plaza, Springfield, IL 62701

The defendant _____, is employed as _____
at _____

The defendant _____, is employed as _____
at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes  ☐                              No  ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                                   Yes  ☐                              No  ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

   _____

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☒
If your answer is no, explain why not  Every cell had two detainees, other detainees had filed grievances and nothing changed

C. Is the grievance process completed?   Yes ☒   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence  Sangamon County Jail in Springfield, IL

Date of the occurrence  May 29, 2018 through July 11, 2019

Witnesses to the occurrence  Jacob Ray, Frank Miller

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I was incarcerated in the Sangamon County Jail in Illinois on or about May 29, 2018 until July 11, 2019. The first few days while I was being processed, I was forced to sleep on the floor because there were two other men in my cell. Eventually I was placed on H-block in cell seven; where I also slept on the floor, because there was already one man occupying the concrete platform. I spent a total of 400 days in the Sangamon County Jail sleeping on the floor of the cell. I complained multiple times to the guards, but nothing was ever done about the situation.

The cells on H-block seemed to be designed for one man only, based off the single concrete platform (or bed), one table, single toilet/sink, and overall dimensions.

4

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I am requesting 40,000 dollars to compensate for having to sleep on the floor. I would also like for this issue to be corrected in the county jail (Sangamon County), so no detainee has to sleep on the floor.

JURY DEMAND        Yes ☒        No ☐

Signed this 17th day of September, 2020.

*(Signature of Plaintiff)*

| Name of Plaintiff: RYAN N. CHOUNARD | Inmate Identification Number: Y37438 |
|---|---|
| Address: 12078 IL Rt 184, Hillsboro, IL 62049 | Telephone Number: NA |

6