Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Ryan Chounard** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 20-3255 |
| | ) |
| **Sangamon County Jail, IL and** | ) |
| **Sangamon County Sheriff.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Ryan Chounard's action against Sangamon County Jail, IL and Sangamon County Sheriff is dismissed without prejudice. Plaintiff takes nothing.

**Dated: 11/20/2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved: s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge